**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000478
02-OCT-2020
07:52 AM**

NO. CAAP-15-0000478

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PROTECT AND PRESERVE KAHOMA AHUPUAʻA ASSOCIATION, an
unincorporated association, MICHELE LINCOLN, MARK ALLEN, LINDA
ALLEN, and CONSTANCE B. SUTHERLAND, Plaintiffs-
Appellants/Appellants,

PATRICK AND NAOMI GUTH, Plaintiffs-Appellants/Appellees,
v.
MAUI PLANNING COMMISSION, COUNTY OF MAUI, and STANFORD CARR
DEVELOPMENT, LLC, a domestic limited liability company,
Defendants-Appellees/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0616(1))

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Defendant-Appellee Stanford Carr
Development, LLC's Motion for Reconsideration filed on September
24, 2020, which seeks reconsideration of the Memorandum Opinion
filed on September 14, 2020, the papers in support and the record
and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawaiʻi, October 2, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge